[Nos. 11169-5-III; 12635-8-III.   Division Three.   August 10, 1993.]

PACIFIC SECURITY COMPANIES, *Respondent*, v.
TANGLEWOOD, INC., ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Spokane
County, No. 86-2-01368-1, Larry M. Kristianson, J., entered

September 25, 1990, and July 15, 1992. *Remanded* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J. Pro Tem.